574 A.2d 1051

**COMMONWEALTH of Pennsylvania, Respondent,**

**v.**

**Willard Neil FAULKNER, Petitioner.**

Supreme Court of Pennsylvania.

June 12, 1990.

## ORDER

PER CURIAM.

The petition for allowance of appeal is granted. The case is remanded to the trial court for resentencing. The trial court is directed to impose sentence consistent with the guilty verdict on one charge of driving under the influence. See 75 Pa.C.S.A. § 3731.